IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01355 –CMA-KLM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  $14,863.66 SEIZED FROM UNITED FIDELITY BANK ACCOUNT NUMBER 3028005639;
2.  $4,010.00 IN UNITED STATES CURRENCY SEIZED FROM UNITED FIDELITY BANK SAFE DEPOSIT BOX 701; AND
3.  $1,420.00 IN UNITED STATES CURRENCY,

   Defendants.

## NOTICE OF COMPLAINT FOR FORFEITURE

YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Verified Complaint for Forfeiture In Rem*, seeking forfeiture of the above defendant assets. (Doc. 1).

If you wish to contest the forfeiture and assert an interest in any of the defendant assets, you must file a Claim with the Court by June 18, 2019, Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

  (1) identify the specific property claimed;

  (2) identify the claimant and state the claimant's interest in the property;

  (3) be signed by the claimant under penalty of perjury.

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the assets in this case by sending documentation to the Federal Bureau of Investigation, you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must then file an Answer to the Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States magistrate judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than 1) seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier.  (Doc. 3).

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Laura B. Hurd<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California St., Ste 1600<br>Denver, Colorado 80202 |

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant assets to the United States.**

DATED this 14th day of May 2019.

Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By:  s/ *Laura B. Hurd*
      Laura B. Hurd
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1801 California St., Ste 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: laura.hurd@usdoj.gov
      *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May 2019, true copies of the *Notice of Complaint for Forfeiture*, *Verified Complaint for Forfeiture In Rem*, and Magistrate Judge Consent Form with Instructions, were mailed via regular and Certified Mail to:

Waseem Malik
11336 E Alabama Cr.
Aurora, CO 80012
**Cert# 7015 0640 0007 0746 4054**

Sajida Malik
11336 E Alabama Cr.
Aurora, CO 80012
**Cert# 7015 0640 0007 0746 4061**

Amana Malik
11336 E Alabama Cr.
Aurora, CO 80012
**Cert# 7015 0640 0007 0746 4078**

World Food Bazar, Inc.
Attn: Sajida Malik, Registered Agent
11336 E Alabama Cr.
Aurora, CO 80012
**Cert# 7015 0640 0007 0746 4085**

Kenneth Harmon
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
**Cert# 7015 0640 0007 0746 4092**

s/ *Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office